# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

**IN RE:**

| | | |
|---|---|---|
| MARINA ZIAZIARIS | ) | Case No.: 15-07776 |
| | ) | |
| | ) | Chapter: 13 |
| | ) | |
| Debtor(s) | ) | Judge Jacqueline P. Cox |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

NOW COMES, Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT ("Creditor"), by its attorneys, Marinosci Law Group, P.C., and pursuant to Bankruptcy Rule 3002.1(g) hereby responds to the trustee's notice of final cure payment, and states as follows:

1. Mortgage Information:

    Name of creditor: Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT

    Court claim no.: 8

    Last 4 digits of any number you use to identify the debtor's account: 8147

    Property Address: 1451 W. Thome Ave., Chicago, IL 60660

2. Prepetition Default Payments:

    Creditor agrees that it has received $30,000.00 in pre-petition payments.

3. Postpetition Mortgage Payment

    Creditor states that the debtor is not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

    a. Total postpetiton ongoing payments due:      $4,434.98

    b. Suspense balance:      ($1,937.59)

    c. Total.      $2,497.39

Creditor asserts that the debtor is contractually obligated for the postpetition payment(s) that are due for 04/01/2018.

4. Itemized Payment History is attached hereto at Exhibit 1.

DATED: May 23, 2018      Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2014-11TT,

By:   /s/ Timothy M. Johnson
      Marinosci Law Group, P.C.,

## CERTIFICATE OF SERVICE

The undersigned certifies that the above instrument was filed electronically with the Court on May 23, 2018, and that he has determined that the following person(s) are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

Tom Vaugh, Trustee, ecf@tvch13.net
Thomas W Drexler, Attorney for Debtor(s), Marinia Ziaziaris tim.bkct@kcccp.com
Patrick S Layng, U.S. Trustee, USTPRegion11.ES.ECF@usdoj.gov

    /s/ Staci Matthei
    Staci Matthei
    Marinosci Law Group, P.C.

## **PROOF OF SERVICE**

    I hereby certify that on May 23, 2018, I deposited a copy of the foregoing in a U.S. Post Office Box, enclosed in an envelope with proper postage pre-paid, and addressed to the following in the manner set forth:

    Marinia Ziaziaris
    1451 W. Thome Ave
    Chicago, IL 60660

        /s/ Staci Matthei
        Staci Matthei
        Marinosci Law Group, P.C.

Marinosci Law Group, P.C.
134 N. LaSalle St., Ste.1900
Chicago, IL 60602
312-940-8580
(f)312-988-0454
smatthei@mlg-defaultlaw.com